| | |
|---|---|
| 1 | EDWARD C. DUCKERS (SB #242113) |
| | edward.duckers@stoel.com |
| 2 | NICHOLAS D. KARKAZIS (SB #299075) |
| | nicholas.karkazis@stoel.com |
| 3 | STOEL RIVES LLP |
| | 500 Capitol Mall, Suite 1600 |
| 4 | Sacramento, CA 95814 |
| | Telephone: 916.447.0700 |
| 5 | Facsimile: 916.447.4781 |
| 6 | Attorneys for Defendant |
| 7 | Epic Aviation, LLC, an Oregon Limited Liability Company |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO INTERNATIONAL JET CENTER INCORPORATED, doing business as SUPERIOR AVIATION COMPANY; and SCOTT L. POWELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC AVIATION, LLC, an Oregon Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:19-cv-02230-JAM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT**<br><br>(Sacramento County Superior Court, Case No. 34-2019-00266203) |

## **STIPULATION**

This Stipulation is entered into by and among Plaintiffs SACRAMENTO INTERNATIONAL JET CENTER INCORPORATED dba SUPERIOR AVIATION COMPANY, and SCOTT L. POWELL ("Plaintiffs") and Defendant EPIC AVIATION, LLC ("Defendant") (collectively "Parties"), through their respective counsel.

WHEREAS, pursuant to the Court's Order Requiring Service of Process and Joint Status Report ("Standing Order"), the Parties must submit a Joint Status Report within sixty (60) days from the date of removal (ECF No. 2, ¶ 4);

WHEREAS, this matter was removed to this Court on November 5, 2019, making the deadline to submit a Joint Status Report January 6, 2020;

WHEREAS, the Parties would like to explore potential settlement opportunities before expending potentially unnecessary litigation costs and believe a short extension of time could assist in this endeavor;

**IT IS STIPULATED AS FOLLOWS:**

1. The deadline to file a Joint Status Report as required by the Court's Standing Order is extended from January 6, 2020 to January 17, 2020.

Neither Plaintiffs nor Defendant may cite or otherwise reference this Stipulation as a basis to support or oppose any motion that may be filed in this lawsuit.

Dated: December 23, 2019        STOEL RIVES LLP

By: /s/ *Nicholas D. Karkazis*
    Edward C. Duckers
    Nicholas D. Karkazis
    Attorneys for Defendant
    Epic Aviation, LLC an Oregon
    Limited Liability Company

Dated: December 23, 2019        **BOUTIN JONES INC.**

By: /s/ *Theodore S. Wolter*
    Stephen F. Boutin
    Theodore S. Wolter
    Attorneys for Plaintiffs Sacramento
    International Jet Center Incorporated, dba
    Superior Aviation Company, and Scott L.
    Powell

# [PROPOSED] ORDER

Having reviewed the preceding stipulation, and good cause appearing, it is hereby ordered as follows:

1. The Parties' deadline to submit a Joint Status Report as required by the Court's Standing Order (ECF No. 2) is extended to January 17, 2020.

**IT IS SO ORDERED.**

Dated: December 27, 2019

/s/ John A. Mendez
John A. Mendez
United States District Judge